PS8D
(09/20)

October 15, 2021

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Jose Manuel Diaz-Cifuentes                **Dkt. No.:** 3:21-CR-01497-H-001

**Reg. No.:** 01556-506

**Name of Judicial Officer:** The Honorable Marilyn L. Huff, U.S. District Judge (matter referred to the Honorable Barbara L. Major, U.S. Magistrate Judge)

**Date Conditions Ordered:** April 26, 2021, before the Honorable Barbara L. Major, U.S. Magistrate Judge

**Charged Offense:** 8:1324(a)(2)(B)(iiI)- Bringing in Aliens without Presentation

**Conditions of Release:** The defendant must not violate federal, state, or local law during the period of release.; the defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a; the defendant must appear in court as ordered and surrender as directed to serve any sentence; the defendant must not possess or attempt to possess a firearm, destructive device, or other dangerous weapon. The defendant must legally transfer all firearms, as directed by Pretrial Services; the defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances; the defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; the defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; the defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form. Restrict travel to: San Diego County, do not enter Mexico. Additionally, the defendant must actively seek or continue full-time employment, or schooling, or a combination of both; reside with a family member, surety, or at a residence approved by the Pretrial Services Office, including any contract facility; surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document; submit to drug/alcohol testing no more than six times per month and/or outpatient substance abuse testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination.

**Modification:** On August 3, 2021, your Honor modified the bond to $20,000 PAB secured by one financially responsible related adult (foster mom) and extended travel to the Central District of California.

On August 9, 2021, your Honor modified the defendant's conditions of release to include travel to the Northern District of California.

PS8D
(09/20)

**Name of Defendant:** Jose Manuel Diaz-Cifuentes         October 18, 2021
**Docket No.:** 3:21-CR-01497-H-001                                         Page 2

**Date Released on Bond:** August 3, 2021

**Next Court Hearing:** December 6, 2021, for sentencing

**Asst. U.S. Atty.:**  Carling Elizabeth Donovan          **Defense Counsel:** Leah W. Gonzales
                      619-557-7719                                           619-234-8467

**Prior Violation History:** On August 9, 2021, a petition was submitted to your Honor in response to the defendant traveling to the Northern District of California without permission in order to reside with his cousin, Cristian Cifuentes, in San Rafael. It appeared that at the time of his release on bond, it was thought that San Rafael is in the Central District of California. As such, our office requested no action be taken and that the conditions of release be modified to include the Northern District of California. Your Honor concurred.

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT.

The Pretrial Services officer believes that the defendant has violated the following conditions of pretrial release:

| CONDITION | ALLEGATION OF NONCOMPLIANCE |
|---|---|
| The defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number. | 1. The defendant failed to advise the Court or Pretrial Services in writing of his change of residence address and his current whereabouts are unknown. |

*Grounds for revocation:*

On August 9, 2021, our office reviewed the Pretrial Release Order signed by your Honor on April 26, 2021, which directs the defendant "must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number."

The undersigned reviewed Pretrial Release Reporting Instructions reviewed with the defendant in the Northern District of California and signed by the defendant which direct, "Comply with all terms of Order Setting Conditions of Release."

The defendant resides in the Northern District of California and is supervised by U.S. Pretrial Services Officer Sherri Broussard. On October 14, 2021, Pretrial Services received an email from Officer Broussard indicating she has not been able to reach the defendant. Officer Broussard reported her last successful contact with the defendant was on September 17, 2021. She further advised she emailed the defendant on October 4, 2021, asking him to call her as soon as possible. However, no return call was

PS8D
(09/20)

| | |
|---|---|
| **Name of Defendant:** Jose Manuel Diaz-Cifuentes | October 18, 2021 |
| **Docket No.:** 3:21-CR-01497-H-001 | Page 3 |

received. On October 14, 2021, Officer Broussard called the defendant's cell phone, which is disconnected. Officer Broussard reported the defendant's current whereabouts are unknown.

On October 14, 2021, our office attempted to contact the defendant's cousin, Cristian Cifuentes, however, the recording stated it is not a working number. On that same day, our office contacted surety Patricia Anne Merrow, in order to determine if she knew the defendant's whereabouts. Ms. Merrow stated she has not spoken with the defendant in a couple of weeks but will attempt to reach him and contact Pretrial Services as soon as possible. At the time of this writing, a call back has not been received from the defendant nor the surety.

On October 15, 2021, the undersigned sent an email to attorney Leah Gonzales inquiring if she has had recent contact with the defendant. At the time of this writing, a response has not been received.

| **CONDITION** | **ALLEGATION OF NONCOMPLIANCE** |
|---|---|
| Submit to drug/alcohol testing no more than <u>six</u> times per month and/or outpatient substance abuse testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination. | 2. The defendant has failed to report for substance abuse testing since his release on bond.<br><br>3. The defendant failed to report for telehealth substance abuse counseling on September 24, 2021.<br><br>4. The defendant failed to report for telehealth substance abuse counseling on September 29, 2021. |

***Grounds for revocation:***

On August 9, 2021, our office reviewed the Pretrial Release Order signed by your Honor on April 26, 2021, which directs the defendant "submit to drug/alcohol testing no more than <u>six</u> times per month and/or outpatient substance abuse testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination."

The undersigned reviewed Pretrial Release Reporting Instructions reviewed with the defendant in the Northern District of California and signed by the defendant which direct, "Comply with all terms of Order Setting Conditions of Release."

The defendant resides in the Northern District of California and is supervised by U.S. Pretrial Services Officer Sherri Broussard. On October 15, 2021, Officer Broussard informed our office the defendant was initially referred for random substance abuse testing with CPI Programs on August 26, 2021, but the defendant has never completed intake paperwork nor submitted a drug test according to a report she received from the vendor on October 4, 2021. According to Jon Hallman of CPI Programs, he spoke with the defendant immediately following receiving the referral on August 26, 2021, and then left a message for the defendant four to five days later but has never received a return telephone call.

Officer Broussard further informed our office the defendant participated in a Zoom telehealth substance abuse counseling session on September 10, 2021, during which time he had bad reception but completed the session. The defendant was then not available for their scheduled session on September 24, 2021, which was rescheduled to September 29, 2021. The defendant did not call in for this session and the

PS8D
(09/20)

**Name of Defendant:** Jose Manuel Diaz-Cifuentes                              October 18, 2021
**Docket No.:** 3:21-CR-01497-H-001                                                                Page 4

counselor's efforts to contact the were unsuccessfully in that his cell phone is no longer in service. Officer Broussard did not receive notification of the missed sessions until October 8, 2021.

## SUPERVISION ADJUSTMENT

The defendant's adjustment to supervision is assessed as poor. He has failed to report for substance abuse testing since his release on bond and has only participated in one telehealth substance abuse counseling session. Attempts to contact him by both our office and Officer Broussard have been unsuccessful and his cell phone is disconnected. The cell phone of his cousin with whom he had been residing, Cristian Cifuentes, is also disconnected. Further, the defendant's surety has not had recent contact with him. As such, the defendant's whereabouts are unknown.

A computerized criminal history inquiry reveals no new criminal activity.

PS8D
(09/20)

Name of Defendant: Jose Manuel Diaz-Cifuentes  October 18, 2021
Docket No.: 3:21-CR-01497-H-001  Page 5

## RECOMMENDATION/JUSTIFICATION

Pretrial Services respectfully recommends that a no-bail bench warrant be issued for the defendant's arrest so he may be brought before the Court and ordered to show cause why his bond should not be revoked.

**I declare under penalty of perjury that the forgoing is true and correct.**

Executed on: October 18, 2021

Respectfully submitted:  Reviewed and approved:

Lori Garofalo
Chief U.S. Pretrial Services Officer

by _____  _____
Amber Michaelis  Kim Hazard
U.S. Pretrial Services Officer  Supervisory U.S. Pretrial Services Officer
619-446-3645
Place: San Diego, California

### THE COURT ORDERS:

__X__ AGREE, issue a no bail bench warrant for the defendant's arrest and order him to show cause why his bond should not be revoked.

_____ Other _____

_____  Oct 19, 2021
The Honorable Barbara L. Major  Date
U.S. Magistrate Judge